[No. 37068-5-I.    Division One.    December 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON WALLACE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02293-2, George T. Mattson, J., entered July 24, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Armstrong, J. Pro Tem.

[No. 37356-1-I.    Division One.    December 23, 1996.]

NOREEN A. ROBINSON, *Appellant*, v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-01705-3, Janice Niemi, J., entered August 22, 1995. *Reversed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Ellington, J. Now published at 84 Wn. App. 774.

[No. 37798-1-I.    Division One.    December 23, 1996.]

JAMES R. ADAMS, ET AL., *Respondents*, v. RICHARD H. HARRIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Island County, No. 94-2-00559-1, Joan H. McPherson, J., entered November 16, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Cox and Ellington, JJ.

[No. 14406-2-III.    Division Three.    December 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JAY JEANNOTTE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-01719-8, Richard J. Schroeder, J., entered September 26, 1994. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.